JANUARY 10, 1939

No. 40460.— Protests 851804–G, etc., of Eugene Dietzgen Co., Inc. Abstract 39993. Application by plaintiff for rehearing denied.

JANUARY 11, 1939

No. 40461.—SUIT 4164.— *United States* v. *Kraft-Phenix Cheese Corp. et al.* Reap. Dec. 4223 affirmed.